**Fraud Loss and Restitution by Project**
in *United States v. Thomas F. Langan* (20CR14 (KAD))

| | Project Name | Time Period | Winner | Contract Amount | Bid Inflation | Fraud Loss | Restitution Apportionment Pursuant to 18 U.S.C. § 3664(h) |
|---|---|---|---|---|---|---|---|
| 1 | CCSU Willard and Diloreto Halls (HVAC) | 2016-11 | Langan | $670,000.00 | 5% | $33,500 | $33,500 |
| 2 | CCSU Willard and Diloreto Halls (PLG) | 2016-11 | Langan | $109,000.00 | 5% | $5,450 | $5,450 |
| 3 | Danbury Hospital (PLG) | 2011 | Langan | $535,000 | 5% | $26,750 | $26,750 |
| 4 | Maloney High (PLG) | 2013 | Langan | $320,000 | 5% | $16,000 | $16,000 |
| 5 | Stratford High School (PLG) | 2017-04 | Langan | $305,000 | 5% | $15,250 | $15,250 |
| 6 | UConn Engineering and Science Building (PLG) | 2015-08 | Langan | $132,000 | 5% | $6,600 | $6,600 |
| 7 | UConn IPB "Innovation Partnership Building" (aka "ITB Building") | 2014-10 | Langan | $1,950,000 | 5% | $97,500 | $97,500 |
| 8 | Yale Science Center | 2017-06 | Langan | $3,150,000 | 5% | $157,500 | $157,500 |
| 9 | Yale SCL Teaching Lab | 2014 | Langan | $2,447,000 | 5% | $122,350 | $122,350 |
| 10 | Bridgeport Hospital EPU ("Emergency Power Unit") | 2016-11 | Axion | $30,300 | 5% | $1,515 | |
| 11 | Central High School (Bridgeport) | 2015-11 | Axion | $1,275,000 | 5% | $63,750 | |
| 12 | Liuna Training and Education Fund | 2016-05 | Axion | $21,464 | 5% | $1,073 | |
| 13 | Warren G. Harding High School (Bridgeport) | 2016-08 | Axion | $2,100,000 | 5% | $105,000 | |
| 14 | West Haven High School (HVAC) | 2018-01 | Axion | $1,837,103 | 5% | $91,855 | |
| 15 | Yale Schwarzman Center Enabling | 2017-08; 2017-12 | Axion | $93,000 | 5% | $4,650 | |
| 16 | Stratford High School (HVAC) | 2017-04 | BC Flynn | $722,486 | 5% | $36,124 | |
| 17 | UConn C Building Medical Center | 2016-01 | BC Flynn | $2,525,000 | 5% | $126,250 | |
| 18 | UConn Hartford Downtown Campus | 2016-01 | BC Flynn | $1,255,000 | 5% | $62,750 | |
| 19 | UConn Recreation Center (PLG) | 2017 | BC Flynn | $207,000 | 5% | $10,350 | |
| 20 | Weaver High School (Hartford) | 2017-06 | BC Flynn | $1,315,000 | 5% | $65,750 | |
| 21 | Yale Baker Hall | 2017-04 | BC Flynn | $734,000 | 5% | $36,700 | |
| 22 | Yale Beinecke Library | 2015-01 | BC Flynn | $1,622,015 | 5% | $81,101 | |
| 23 | Yale Hendrie Hall | 2014-11 | BC Flynn | $660,000 | 5% | $33,000 | |
| 24 | Yale School Of Management (HVAC) | 2011 | BC Flynn | $3,660,000 | 5% | $183,000 | |
| 25 | Danbury Hospital (HVAC) | 2011 | Company A | $1,471,670 | 5% | $73,584 | |
| 26 | Yale School Of Management (PLG) | 2011 | Company A | $288,770 | 5% | $14,439 | |
| | **Total** | | | **$29,435,808** | | **$1,471,790** | **$480,900** |