**Exhibit 2**
**Total Proposed Restitution by Victim**
**in *United States v. Thomas F. Langan* (3:20-CR-14)**

| Victim Name | Restitution |
|---|---|
| Central Connecticut State University | $38,950 |
| Nuvance Health System | $26,750 |
| City of Meriden | $16,000 |
| Town of Stratford | $15,250 |
| University of Connecticut | $104,100 |
| Yale University | $279,850 |
| **Total** | $480,900 |